BLACK CHANG & HAMILL LLP
Peter H. Chang (SBN 241467)
pchang@bchllp.com
Andrew G. Hamill (SBN 251156)
ahamill@bchllp.com
4 Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone:    415-813-6210
Facsimile:    415-813-6222

*Attorneys for Defendant Callpod, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| GN RESOUND A/S, a corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>CALLPOD, INC., a corporation,<br><br>                    Defendant. | **Case No. 11-cv-04673-SBA**<br><br>**JOINT STIPULATION PURSUANT TO CIVIL L.R. 6-1(a), 6-1(b), 6-2 AND 7-12 TO PERMIT PLAINTIFF TO AMEND INFRINGEMENT CONTENTIONS AND TO CHANGE DATES BASED ON SERVICE OF AMENDED INFRINGEMENT CONTENTIONS AND ORDER** |

-1-

Defendant Callpod Inc. ("Callpod") and Plaintiff GN Resound A/S ("GN Resound"), pursuant to Civil L.R. 6-1(a), 6-1(b), 6-2 and 7-12 hereby jointly stipulate to permit GN Resound to amend its Disclosure of Asserted Claims and Infringement Contentions ("Infringement Contentions") and jointly request that the Court reset the deadlines for Invalidity Contentions, Exchange of Proposed Terms for Construction, Exchange of Preliminary Claim Constructions and Extrinsic Evidence, Joint Claim Construction and Prehearing Statement, Completion of Claim Construction Discovery, Claim Construction Briefs and the Claim Construction Hearing.

On June 1, 2012, pursuant to the Court's Initial Case Scheduling Order, GN Resound served its Patent L.R. 3-1 Infringement Contentions. Callpod claims that the Infringement Contentions do not provide the level of specificity required by Patent L.R. 3-1 and that Callpod cannot therefore adequately prepare invalidity contentions. GN Resound disputes both of Callpod's assertions and has provided Callpod with a letter explaining why GN Resound believes its Infringement Contentions comply with Patent L.R. 3-1. Rather than present this dispute to the Court, however, GN Resound has agreed to provide Amended L.R. 3-1 Infringement Contentions by July 13, 2012.

Because Callpod will not be receiving amended infringement contentions until July 13, 2012, the parties request a continuance of the deadlines set in the Court's Initial Case Scheduling Order. (Dkt. No. 39). Therefore, the parties jointly request that the Court continue these deadlines. The parties propose the following schedule:

| Event | Original Schedule | Proposed Modified Schedule |
|---|---|---|
| Disclosure of Asserted Claims and Infringement Contentions | June 1, 2012 | |
| *Amended* Disclosure of Asserted Claims and Infringement Contentions | | July 13, 2012 |
| Invalidity Contentions | July 16, 2012 | August 27, 2012 |

-2-

| | | |
|---|---|---|
| Exchange of Proposed Terms for Construction | July 30, 2012 | September 14, 2012 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence | August 20, 2012 | September 28, 2012 |
| Joint Claim Construction and Prehearing Statement | September 14, 2012 | October 12, 2012 |
| Completion of Claim Construction Discovery | October 1, 2012 | October 26, 2012 |
| Claim Construction Opening Brief | October 10, 2012 | November 16, 2012 |
| Claim Construction Responsive Brief | October 24, 2012 | November 30, 2012 |
| Claim Construction Reply Brief (compliance with Patent L.R. 4-5(c)) | October 31, 2012 | December 7, 2012 |
| Claim Construction Hearing | November 28 at 10:00 a.m. for 2.0 hours | January 16, 2013 at 10:00 a.m. for 2.0 hours |

This is the first modification of time proposed by either party. There have been three prior modifications of time in this case:

(1) On November 18, 2011, after the case was reassigned to this Court, the Court entered an order rescheduling the initial Case Management Conference for January 18, 2012. (Dkt. No. 9).

(2) On December 9, 2011, the Case Management Conference was rescheduled for April 3, 2012.

(3) On May 3, 2012, the Court entered an order continuing the Case Management Conference originally scheduled for May 3, 2012 to May 10, 2012. (Dkt. No. 36).

No trial date has been assigned in this case. As such, the present modifications will not adversely impact the case schedule.

-3-
JOINT STIPULATION TO CHANGE DATES                                      11-cv-04673-SBA

Respectfully submitted,

Dated: July 6 12, 2012            BLACK CHANG & HAMILL LLP


By:     */s/ Andrew G. Hamill*
         Andrew G. Hamill

BLACK CHANG & HAMILL LLP
Peter H. Chang (SBN 241467)
pchang@bchllp.com
Andrew G. Hamill (SBN 251156)
ahamill@bchllp.com
4 Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone:    415-813-6210
Facsimile:    415-813-6222

*Attorneys for Defendant Callpod, Inc.*



Respectfully submitted,

Dated: July 6 12, 2012            ARNOLD & PORTER LLP


By:     */s/ Monty Agarwal*
         Monty Agarwal

ARNOLD & PORTER LLP
Monty Agarwal (SBN 191568)
monty.agarwal@aporter.com
One Embarcadero Center, 22nd Floor
San Francisco, California 94111-3711
Telephone:    415-356-3000
Facsimile:    415-356-3099

*Attorneys for Plaintiff GN Resound A/S*

1
2     I, Andrew G. Hamill, attest that concurrence in the filing of this document has been obtained
3 from Monty Agarwal, counsel for Plaintiff. I declare under penalty of perjury that the foregoing is true
4 and correct. Executed this 6th day of July, 2012 in San Francisco, California.
5
                                          */s/ Andrew G. Hamill*
6                                            Andrew G. Hamill
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**ORDER**

The Court finds good cause to GRANT the parties' Stipulation. Accordingly, the following schedule is now in effect:

| Event | Date |
|---|---|
| Disclosure of Asserted Claims and Infringement Contentions | |
| *Amended* Disclosure of Asserted Claims and Infringement Contentions | July 13, 20112 |
| Invalidity Contentions | August 27, 2012 |
| Exchange of Proposed Terms for Construction | September 14, 2012 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence | September 28, 2012 |
| Joint Claim Construction and Prehearing Statement | October 12, 2012 |
| Completion of Claim Construction Discovery | October 26, 2012 |
| Claim Construction Opening Brief | November 16, 2012 |
| Claim Construction Responsive Brief | November 30, 2012 |
| Claim Construction Reply Brief | December 7, 2012 |
| Claim Construction Hearing | January 16, 2013 at 10:00 a.m. for 2.0 hours |

**IT IS SO ORDERED.**

Dated: 7/10/12

                                                  Honorable Saundra B. Armstrong
                                                  United States District Court Judge