United States District Court
Northern District of California

GN RESOUND A/S,

        Plaintiff,

  v.

CALLPOD, INC.,

        Defendant.

Case No.: 11-04673-SBA (KAW)

ORDER RE: PENDING DISCOVERY DISPUTE

[Dkt. Nos. 55 & 56]

On October 9, 2012, this matter was referred to U.S. Magistrate Judge Kandis A. Westmore for discovery purposes. The parties are hereby directed to the Court's General Standing Order, available online at *http://www.cand.uscourts.gov/kaworders*.

On October 5, 2012, Plaintiff GN Resound A/S filed a letter to the District Judge seeking to compel Defendant Callpod, Inc.'s responses to Plaintiff's First Set of Requests for Production and First Set of Interrogatories. Dkt. No. 55. On October 6, 2012, Defendant filed a letter in response to Plaintiff's allegations. Dkt. No. 56.

In light of the representations of the parties outlined in the letters filed, the parties are ordered to substantively meet and confer to resolve the pending dispute pursuant to this Court's Standing Order. If those efforts fail to fully resolve all issues of contention, the parties shall jointly write and file a letter outlining any remaining discovery disputes consistent with the Standing Order. Upon receipt of the joint letter, this Court will decide whether a hearing is necessary or if any outstanding issues may be resolved without a hearing pursuant to Civil L.R. 7-1(b).

IT IS SO ORDERED.

DATE: October 17, 2012

                                            KANDIS A. WESTMORE
                                            United States Magistrate Judge